1.I ,Paul Bishop am suing the US Department of Agriculture for no selecting me for the positions of Pest Survey Specialist ( Pleading Ex.1)  and Agriculturalist ( Pleading Ex.2) on the basis of  discrimination by race and sex under the provisions of the Civil Rights Act of 1964 and any other applicable federal law.

2.I swear under penalty of perjury that when a USDA Human Resource Management hiring official was asked under oath whether the previous training  the Plaintiff received from the Defendant at the USDA Professional Development Center in Fredrick, Maryland "does not count towards specialized experience?" "Are you claiming that the special training that I received from APHIS does not count as specialized experience" ( Pleading Ex.3)

3.The USDA Human Resource Management hiring official stated "no sir." "Because it is a condition of employment just like a drug test." ( Pleading Ex3)

4.The hiring official was asked " could you please reference the statue which you are going upon? I mean what rule says that ? ( Pleading Ex.3)

5.The hiring official was asked "where is the guidance that you are going on?  Where is the guidance that you are saying that the training for Fredrick, Maryland is not used to count towards experience? Where are the guidelines just in case I'd like to obtain a hard copy?" ( Pleading Ex.4)

6.The hiring official answered "the guidelines are in the OPM manual." "I can not cite the exact section right now, but  I will tell you it is under the general guidelines portion, the first part of the book.  It's within the first 13 pages." ( Pleading Ex.4)

7.The hiring official was asked " would a GS-11 formal training program , would that be part of education or would that be job experience?" ( Pleading Ex.5)

8.The hiring official answered "No, for these announcements" "it's a condition of employment."( Pleading Ex.5)

9.The Office of Personnel Management determines general policy for applicants for Federal employment:.

The Office of Personnel Management determines policy, data, oversight classification, qualification and general policies for applicants for Federal employment.  These instructions are contained in the Office of Personnel Management 's General Qualification Policies.( Pleading Ex.4). "This section contains the policies, instructions, and standards used to help determine the qualifications of applicants for Federal employment. ( Pleading Ex.6). The Office of Personnel Management  is responsible for developing and issuing minimum qualification standards, policies and instructions. ( Pleading Ex.6)

In section D. of the Office of Personnel Management 's General Qualification Policies Crediting experience it is stated that Creditable experience is experience of the type(general or specialized), level, and amount specified in the appropriate standard. Applicant are considered to have satisfied the requirement for 1 year of experience through completion of either 12 months or 52 weeks of creditable work experience, whichever comes first.( Pleading Ex.6).

Section D. also states that applicants who meet the experience requirement for a higher grade level in a given series also meet the experience requirements for the lower grades in the same series. ( Pleading Ex.6)

Section D. also states that Federal employees are assumed to have gained experience by performing duties and responsibilities appropriate for their official series and grade level  as described in their position description. ( Pleading Ex.6)

The Office of Personnel Management also supplies to the Court the answer of what is a Standard 50 form. The Office of Personnel Management  states that " the SF-50 is the Notification of Personnel Action. It contains certain employment information useful to the applicant or if applying for another federal job.  It is

used by current and former federal employees. ( Pleading Ex.7)

10.The Plaintiff's Primae Facie claims for the position of Pest Survey Specialist are the following.:

11. The Plaintiff is a member of a Protected Class.:I swear under penalty of perjury that the Plaintiff is a black male and therefore a protected class under the Act.

12.The Plaintiff applied for the position of Pest Survey Specialist.:The Plaintiff had applied for this position on September 28, 2020.   ( Pleading Ex.8).

13.The Pest Survey Specialist position was open from September 23, 2020 until September 29, 2020. ( Pleading Ex.8).

14. I swear under penalty of perjury that the Plaintiff is qualified for the position of Pest Survey Specialist.

15. The Plaintiff's application for this position included the Plaintiff's resume, the Plaintiff's undergraduate college transcript, the Plaintiff's graduate college transcript, the Plaintiff's United States Department of Agriculture's basic agriculture safeguarding training (BAST) transcript, and the Plaintiff's Standard 50 Form for his appointment to a GS-0401-09 Agriculture Specialist with the Department of Homeland Security ( Pleading Ex.8 ) and the Plaintiff's Standard 50 Form documenting his promotion from a GS-0401-09 Agriculture Specialist to a GS-0401-11Agriculture Specialist with the Department of Homeland Security. ( Pleading Ex.8 )

16. "Newly hired Plant Protection and Quarantine Officers "must attend basic agriculture safeguarding training (BAST). The purpose of BAST is to provide relevant training to help PPQ Officers acquire new skills and knowledge to enable them to accomplish PPQ's mission. Officers certified through Bast will be able to conduct plant health safeguarding activities authorized by the Plant Protection Act of 2000 and related regulations. (Pleading Ex.9 )

The core instruction will take place at the Professional Development Center in Fredrick Maryland.." (Pleading Ex.9)

17.I swear under penalty of perjury that the Plaintiff has attended basic agriculture safeguarding training. The academy consist of a variety of training blocks for regulatory decision making and pest identification. My overall average for the regulatory decision making portion of the training was 97 percent , while my pest identification average was 99.5 percent, giving me an overall academic average of 97.8 percent. This overall average shows superior class performance for laboratory/entomology studies and regulatory decision making.(Pleading Ex.10)

18.The Plaintiff promoted to the position of GS-0401-11 US Customs and Border Protection Agriculture Specialist with the approval of the Office of Personnel Management.(Pleading Ex.11)

19. I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience enforcing and interpreting policy by applying knowledge of plant pest as evidenced by academic training and experience in one or more of the biological sciences and/ or applied entomology as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.( Pleading Ex.12-15)

20. I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in applying regulatory requirements for the domestic and international movement of plants, plant products, pest and soil as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant. ( Pleading Ex.12-15)

2

21. I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in reducing plant pest risk for the international movement of plants, plant products and plant pest through risk management practices as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant. ( Pleading Ex.12-15

22. I swear under penalty of perjury that the Plaintiff has GS-0401-11 previous specialized federal experience enforcing and interpreting policy by applying knowledge of plant pest as evidenced by academic training and experience in one or more of the biological sciences and/ or applied entomology as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant. ( Pleading Ex.16 )

24. I swear under penalty of perjury that the Plaintiff has GS-0401-11 previous specialized federal experience in applying regulatory requirements for the domestic and international movement of plants, plant products, pest and soil as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

25. I swear under penalty of perjury that the Plaintiff has GS-0401-11 previous specialized federal experience in reducing plant pest risk for the international movement of plants, plant products and plant pest through risk management practices as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

26. The Defendant, the USDA determined the Plaintiff to be qualified for the position of GS-04011 Pest Survey Specialist :

The USA staffing Office has stated Dear Paul Bishop, this is a record of the results and referral status for the position of Pest Survey Specialist with Animal and Plant Health Inspection Service as detailed in Announcement DH10916327-20-Pq. Eligible for the following position or positions: GS-04011; We reviewed your application and found you eligible for this series/ grade combination. The following is your referral status for the position or positions to which you applied:Youhave been referred to the hiring manger for position GS-04011 in Phoenix,Arizonia. If you have been referred to the selecting official for employment consideration , you maybe contacted for an interview. ( Pleading Ex.17)

27. I swear under penalty of perjury that the Plaintiff was interviewed for the position on Wed say November 4,2020.

28. I swear under penalty of perjury that present at the interview were a Jamie Schultz, a Sampson Blue Jennifer, an Amy Sisen who presented herself as a Pest Specialist from Phoenix Arizona, Mike Wallace who presented himself as an Arizona Plant health specialist , a Walster Rameriz who presented herself as a New Mexico state employee, a New Mexico Plant health specialist, and an Anthony Belikeno of Phoenix Arizona.

29. I swear under penalty of perjury that I was informed by my interviewers that they did not have my resume at the interview.

30. I swear under penalty of perjury that I was asked six question from the interviewers that I answered using experience, training and inspections from my previous experience as a GS-0401-09 Agriculture Specialist and GS-0401-11Agriculture Specialist with the Department of Homeland Security.

30. I swear under penalty of perjury that I asked my interviewers what were the task for this job and I was informed by my interviewers that it was to provide support for Arizona and New Mexico to ensure their cooperative agreements had accurate data. They also stated it was to ensure compliance for co-operator

work plan within the states of Arizona and New Mexico. Walster Rameriz stated that in New Mexico the need for this position was great because New Mexico had several vacant positions and a staff shortage in its state department of agriculture.

31. . I swear under penalty of perjury that despite my qualifications I was not hired for this position, that the USDA kept this job open seeking other candidates with my qualifications and another applicant was selected for this position. ( Pleading Ex.19)

32. The Plaintiff's Primae Facie claims for the position of Agriculturalist are the following.:

33. The Plaintiff is a member of a Protected Class.: I swear under penalty of perjury that the Plaintiff is a black male and therefore a protected class under the Act.

34.The Plaintiff applied for the position of Agriculturalist.: The Plaintiff had applied for this position on March 13, 2021. ( Pleading Ex.7).

35.The Agriculturalist position was open from March 09, 2021 until March 15, 2021. ( Pleading Ex.9).

36. The position description for the Agriculturalist position states the for minimum qualifications one must have " at least one full year of specialized experience equivalent to at least the GS-09 level in the federal service. Experience includes but is not limited to the following:

A. Interpreting policy by applying knowledge of plant pest as evidenced by academic training and experience in one or more of the biological sciences and/ or applied entomology ;

B. Applying regulatory requirements for the domestic and international movement of plants, plant products, pest and soil;

C. Reducing plant pest risk for the international movement of plants, plant products and plant pest through risk management practices

37. The Plaintiff's application for this position included the Plaintiff's resume, the Plaintiff's undergraduate college transcript, the Plaintiff's graduate college transcript, the Plaintiff's United States Department of Agriculture's basic agriculture safeguarding training (BAST) transcript, and the Plaintiff's Standard 50 Form for his appointment to a GS-0401-09 Agriculture Specialist with the Department of Homeland Security ( Pleading Ex.14) and the Plaintiff's Standard 50 Form documenting his promotion from a GS-0401-09 Agriculture Specialist to a GS-0401-11Agriculture Specialist with the Department of Homeland Security. ( Pleading Ex.4)

38.I swear under penalty of perjury that the Plaintiff is qualified for the position of Agriculturalist. I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience enforcing and interpreting policy by applying knowledge of plant pest as evidenced by academic training and experience in one or more of the biological sciences and/ or applied entomology as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.( Pleading Ex.12-15I swear under penalty of perjury that the Pleading exhibits are the Plaintiff's records for actual inspections he had conducted as a GS-040-09 US Customs and Border Protection Agriculture Specialist, a federal law enforcement position.

39. I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in applying regulatory requirements for the domestic and international movement of plants, plant products, pest and soil as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant. ( Pleading Ex.12-15 I swear under penalty of perjury that the Pleading exhibits are the Plaintiff's records for actual inspections he had conducted as a GS-040-09 US Customs and Border Protection Agriculture Specialist, a federal law enforcement position.

40. I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in reducing plant pest risk for the international movement of plants, plant products and plant pest through risk management practices as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant. ( Pleading Ex 12-15 I swear under penalty of perjury that the Pleading exhibits are the Plaintiff's records for actual inspections he had conducted as a GS-040-09 US Customs and Border Protection Agriculture Specialist, a federal law enforcement position.

41.The position description for the Agriculturalist position states that for how you will be evaluated: "this is a direct hire authority position, all applicants who meet the minimum qualifications, to include any specialized experience and/or selective placement factors, if applicable will be referred to the selecting official". ( Pleading Ex.)

42. I swear under penalty of perjury that despite my qualifications I was not hired for this position, that the USDA kept this job open seeking other candidates with my qualifications and another applicant was selected for this position.

43.I swear under penalty of perjury that on July 29 ,2021 the Plaintiff applied for the position of Plant Protection and Quarantine Officer GS-0401-11 ( Pleading Ex 9 . The position description for the position of Plant Protection and Quarantine Officer position states that for how you will be evaluated: "this is a direct hire authority position, all applicants who meet the minimum qualifications, to include any specialized experience and/or selective placement factors, if applicable will be referred to the selecting official". ( Pleading Ex 9, page 4)

44. The Defendant, the USDA determined the Plaintiff to be qualified for the position of GS-04011 Plant Protection and Quarantine Officer:

The USA staffing Office has stated Dear Paul Bishop, this is a record of the results and referral status for the position of Plant Protection and Quarantine Officer with Animal and Plant Health Inspection Service as detailed in Announcement DH11178203-21-Pq. Eligible for the following position or positions: GS-04011; We reviewed your application and found you eligible for this series/ grade combination. The following is your referral status for the position or positions to which you applied: You have been referred to the hiring manger for position GS-04011 in Fresno, California. If you have been referred to the selecting official for employment consideration , you maybe contacted for an interview. ( Pleading Ex. )

45. I swear under penalty of perjury that: a formal complaint of discrimination for the position of Pest Survey Specialist was filed with the USDA on February 15, 2021. I have received no further correspondence on this complaint from the USDA. A formal complaint of discrimination for the position of Agriculturalist was filed with the USDA on April 30, 2021.

46. I am requesting a jury trial.

47. Damage: I am requesting all monetary damages and all other awards allowed by the Civil Rights Act of 1964 for loss of salary and promotional opportunities. I am requesting all monetary damages and all other awards allowed by any other applicable federal laws

Paul Bishop
3 - 0 4 - 2022

5

Affidavit : |

I swear under penalty of perjury that the following statements are true:

I swear under penalty of perjury that when a USDA Human Resource Management hiring official was asked under oath whether the previous training  the Plaintiff received from the Defendant at the USDA Professional Development Center in Fredrick, Maryland "does not count towards specialized experience?" "Are you claiming that the special training that I received from APHIS does not count as specialized experience" ( Pleading Ex. )

The USDA Human Resource Management hiring official stated "no sir." "Because it is a condition of employment just like a drug test." ( Pleading Ex. )

The hiring official was asked " could you please reference the statue which you are going upon? I mean what rule says that ? ( Pleading Ex. )

The hiring official was asked "where is the guidance that you are going on?  Where is the guidance that you are saying that the training for Fredrick, Maryland is not used to count towards experience? Where are the guidelines just in case I'd like to obtain a hard copy?" ( Pleading Ex. )

The hiring official answered "the guidelines are in the OPM manual." "I can not cite the exact section right now, but  I will tell you it is under the general guidelines portion, the first part of the book.  It's within the first 13 pages." ( Pleading Ex. )

The hiring official was asked " would a GS-11 formal training program , would that be part of education or would that be job experience?" ( Pleading Ex. )

The hiring official answered "No, for these announcements" "it's a condition of employment."

Affidavit : 2

I swear under penalty of perjury that the following statements are true:

I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience enforcing and interpreting policy by applying knowledge of plant pest as evidenced by academic training and experience in one or more of the biological sciences and/ or applied entomology as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in applying regulatory requirements for the domestic and international movement of plants, plant products, pest and soil as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in reducing plant pest risk for the international movement of plants, plant products and plant pest through risk management practices as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

I swear under penalty of perjury that the Plaintiff has GS-0401-11 previous specialized federal experience enforcing and interpreting policy by applying knowledge of plant pest as evidenced by academic training and experience in one or more of the biological sciences and/ or applied entomology as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

I swear under penalty of perjury that the Plaintiff has GS-0401-11 previous specialized federal experience in applying regulatory requirements for the domestic and international movement of plants, plant products, pest and soil as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

I swear under penalty of perjury that the Plaintiff has GS-0401-11 previous specialized federal experience in reducing plant pest risk for the international movement of plants, plant products and plant pest through risk management practices as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.

Affidavit : 3

I swear under penalty of perjury that the following statements are true:

I swear under penalty of perjury that the Plaintiff is a black male and therefore a protected class under the Act.
I swear under penalty of perjury that the Plaintiff is qualified for the position of Pest Survey Specialist.

I swear under penalty of perjury that the Plaintiff was interviewed for the position on Wed say November 4,2020.

I swear under penalty of perjury that present at the interview were a Jamie Schultz, a Sampson Blue Jennifer, an Amy Sisen who presented herself as a Pest Specialist from Phoenix Arizona, Mike Wallace who presented himself as an Arizona Plant health specialist , a Walster Rameriz  who presented herself as a New Mexico state employee, a New Mexico Plant health specialist, and an Anthony Belikeno of Phoenix Arizona.

I swear under penalty of perjury that  I was informed by my interviewers that they did not have my resume at the interview.

I swear under penalty of perjury that I was asked six question from the interviewers that I answered using experience, training and inspections from my previous experience as a GS-0401-09 Agriculture Specialist and GS-0401-11Agriculture Specialist  with the Department of Homeland Security.


I swear under penalty of perjury that I asked my interviewers what were the task for this job and I was informed by my interviewers that it was to provide support for Arizona and New Mexico to ensure their cooperative agreements had accurate data.  They also stated it was to ensure compliance for co-operator work plan within the states of Arizona and New Mexico. Walster Rameriz stated that in New Mexico the need for this position was great  because New Mexico had several vacant positions and a staff shortage in its  state department of agriculture.

I swear under penalty of perjury that despite my qualifications I was not hired for this position, that the USDA kept this job  open seeking other candidates with my qualifications and another applicant was selected for this position.

9

Affidavit : 4

I swear under penalty of perjury that the following statements are true:

I swear under penalty of perjury that the Plaintiff is qualified for the position of Pest Survey Specialist. I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience enforcing and interpreting policy by applying knowledge of plant pest as evidenced by academic training and experience in one or more of the biological sciences and/ or applied entomology as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant.( Pleading Ex.    ) I swear under penalty of perjury that the Pleading exhibits are the Plaintiff's records for actual inspections he had conducted as a GS-040-09 US Customs and Border Protection Agriculture Specialist, a federal law enforcement position.

I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in applying regulatory requirements for the domestic and international movement of plants, plant products, pest and soil as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant. ( Pleading Ex.    ) I swear under penalty of perjury that the Pleading exhibits are the Plaintiff's records for actual inspections he had conducted as a GS-040-09 US Customs and Border Protection Agriculture Specialist, a federal law enforcement position.

I swear under penalty of perjury that the Plaintiff has one year of GS-0401-09 previous specialized federal experience in reducing plant pest risk for the international movement of plants, plant products and plant pest through risk management practices as an US Customs and Border Protection Agriculture Specialist law enforcement officer using training supplied by the Defendant. ( Pleading Ex.    ) I swear under penalty of perjury that the Pleading exhibits are the Plaintiff's records for actual inspections he had conducted as a GS-040-09 US Customs and Border Protection Agriculture Specialist, a federal law enforcement position.

42. I swear under penalty of perjury that despite my qualifications I was not hired for this position, that the USDA kept this job open seeking other candidates with my qualifications and another applicant was selected for this position.

Affidavit : 5

I swear under penalty of perjury that the following statements are true:

I swear under penalty of perjury that on July 29 ,2021 the Plaintiff applied for the position of  Plant Protection and Quarantine Officer GS-0401-11 ( Pleading Ex.  ) . The position description for the position of  Plant Protection and Quarantine Officer position states that for how you will be evaluated: "this is a direct hire authority position, all applicants who meet the minimum qualifications, to include any specialized experience and/or selective placement factors, if applicable will be referred to the selecting official".

I swear under penalty of perjury that: a formal complaint of discrimination for the position of Pest Survey Specialist  was filed with the USDA on February 15, 2021.  I have received no further correspondence on this complaint from the USDA.  A formal complaint of discrimination for the position of Agriculturalist was filed with the USDA on April 30, 2021.