UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL BISHOP**,<br><br>                    Plaintiff,<br><br>          v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>                    Defendant. | Case No. 1:22-cv-0635 (TNM) |

## ORDER

Upon consideration of the Department of Agriculture's Motion to Dismiss, the filings in opposition and support, the law, and the entire record in this case and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Department of Agriculture's [7] Motion to Dismiss or to Transfer is **GRANTED** in part and **DENIED** in part.  The Court dismisses the complaint for failure to state a claim and denies the motion to transfer as moot.  The motion is also **DENIED** insofar as it requests dismissal with prejudice.

This case is **DISMISSED** without prejudice.

**SO ORDERED**.

This is a final, appealable Order.  The Clerk of Court is requested to close this case.

Dated:  December 5, 2022                                      TREVOR N. McFADDEN, U.S.D.J.